## VICTOR PISTON PIN COMPANY *v.* GALLAGHER.

[No. 13,381.   Filed October 29, 1929.   Petition for rehearing dismissed February 7, 1930.]

*Walter G. Todd* and *L. Russell Newgent,* for appellant.
*Norman E. Patrick, Edward W. Hohlt* and *Jacob Morgan,* for appellee.

PER CURIAM.—Affirmed.

## WEBB *v.* STATE OF INDIANA, EX REL. CARPENTER.

[No. 13,794.   Filed February 7, 1930.]

*H. W. Mountz* and *Dudley Gleason,* for appellant.
*Alphonso C. Wood* and *Theodore T. Wood,* for the State.

PER CURIAM.—Affirmed.

## TEETERS *v.* SCOTT.

[No. 13,841.   Filed February 7, 1930.]

*Charles P. Tighe* and *L. A. Douglass,* for appellant.
*Stotsenburg, Weathers & Minton,* for appellee.

NICHOLS, J.—Affirmed, on authority of *Adams* v. *Shamrock Oil Co.* (1926), 84 Ind. App. 169, 150 N. E. 398.